UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Daniel Carl Deel                                          Docket No. 5:12-CR-392-1F

Petition for Action on Supervised Release

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Daniel Carl Deel , who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on September 30, 2013, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Daniel Carl Deel was released from custody on February 25, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 26, 2016, the defendant was charged with Driving While Impaired and Resisting Public Officer (16CR050816) in Vance County, North Carolina. These charges are pending in state court with the next scheduled court date being May 3, 2016. The probation office respectfully recommends continuing the defendant on supervision and allowing the case to resolve itself in the state court system. As a sanction for this noncompliance, the probation office recommends that the conditions of supervision be modified to include 24 hours of community service. Furthermore the defendant will be required to obtain an alcohol assessment and has been instructed to follow any treatment recommendations outlined in the assessment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Arthur B Campbell<br>Arthur B Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: March 30, 2016 |

Daniel Carl Deel
Docket No. 5:12-CR-392-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___31___ day of ___March___, 2016 and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge