UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daniel Carl Deel**         Docket No. 5:12-CR-392-1F

### Petition for Action on Supervised Release

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel Carl Deel, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 30, 2013, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Daniel Carl Deel was released from custody on February 25, 2015, at which time the term of supervised release commenced.

On March 30, 2016, a Petition for Action on Supervised Release was submitted to the court in response to the defendant being charged with Driving While Impaired and Resisting Public Officer (16CR50816) in Vance County, North Carolina. This case is pending in state court. The court agreed to modify the defendant's conditions to include 24 hours of community service.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 11, 2016, the defendant was arrested and charged with Driving While Impaired and Resisting Public Officer (16CR51912); and Reckless Endangering and Hit and Run/Failure to Stop Property Damage (16CR703092). These charges are pending in state court. The defendant admits that he has a serious drinking problem and requested Alcohol Restrictions be added to his conditions. In response to his non-compliance and to keep track of his sobriety, the probation office recommends that the defendant be placed on a remote alcohol monitoring system. The defendant also requested mental health treatment to deal with his alcohol use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days. The defendant must pay a portion of the monitoring cost.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Daniel Carl Deel
Docket No. 5:12-CR-392-1F
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Jeffrey L. Keller　　　　　　　　　　/s/ Arthur B Campbell
Jeffrey L. Keller　　　　　　　　　　　　Arthur B Campbell
Supervising U.S. Probation Officer　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8677
　　　　　　　　　　　　　　　　　　　　Executed On: July 22, 2016

## ORDER OF THE COURT

Considered and ordered this __25__ day of __July__, 2016, and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge